**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Red River Behavioral Health System, LLC** |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)     **32-0495977**

4. **Debtor's address**

**Principal place of business**

**1451 44th Avenue South
Unit A
Grand Forks, ND 58201**
Number, Street, City, State & ZIP Code

**Grand Forks**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)     **https://redriverbhs.com/**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Red River Behavioral Health System, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    6222

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11. *Check all that apply*:

  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] A plan is being filed with this petition.

  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- [x] No
- [ ] Yes.

| | Debtor | Relationship | |
|---|---|---|---|
| | District | When | Case number, if known |

Debtor   **Red River Behavioral Health System, LLC**                     Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Red River Behavioral Health System, LLC**                    Case number (*if known*) _____
_____
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 20, 2020**
_____
MM / DD / YYYY

**X** **/s/ Jacqueline Hanson**                          **Jacqueline Hanson**
_____           _____
Signature of authorized representative of debtor            Printed name

Title   **CEO**
_____

**18. Signature of attorney**

**X** **Katrina A. Turman Lang**                    Date   **October 20, 2020**
_____                  _____
Signature of attorney for debtor                              MM / DD / YYYY

**Katrina A. Turman Lang**
_____
Printed name

**TURMAN & LANG, LTD.**
_____
Firm name

**505 N. Broadway, Suite 507**
**P.O. Box 110**
**Fargo, ND  58107-0110**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(701 293-5592**            Email address   **katrina@turmanlaw.com**
_____                        _____

_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Red River Behavioral Health System, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................  $              **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................  $    **1,161,368.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................  $    **1,161,368.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $    **69,430,232.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................  $         **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$    **73,108,228.24**

4. **Total liabilities** .....................................................................................................
   Lines 2 + 3a + 3b

   $    **142,538,460.24**

**Fill in this information to identify the case:**

Debtor name **Red River Behavioral Health System, LLC**

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.    **Cash on hand**    $0.00

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

3.1.    **Highland Bank
New Brighton, MN**    **Checking**    5743    $0.00

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    $0.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    16,165.00    -    0.00    = ....    $16,165.00
face amount    doubtful or uncollectible accounts

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Red River Behavioral Health System, LLC**                    Case number *(If known)* _____
_____
Name

| 11b. Over 90 days old: | 2,808,362.00 | - | 2,139,630.00 | =.... | $668,732.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $684,897.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** See Exhibit A | $476,474.00 | Appraisal | $476,474.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| **43.** | **Total of Part 7.** | | $476,474.00 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☑ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Red River Behavioral Health System, LLC**                           Case number *(If known)* _____
_____
Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☑ No. Go to Part 9.
- ☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---------|----------------|

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ☑ Yes Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Red River Behavioral Health System 1451 44th Avenue South Unit A Grand Forks, ND 58201 Acute Psychiatric Hospital** | Lease | $0.00 | N/A | $0.00 |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|-------|

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.  Patents, copyrights, trademarks, and trade secrets**

**61.  Internet domain names and websites**

**62.  Licenses, franchises, and royalties**

**63.  Customer lists, mailing lists, or other compilations**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Red River Behavioral Health System, LLC**                    Case number *(If known)* _____
                Name

| | | |
|---|---|---|
| **REFERRANT DATA $0**<br>**ADMISSION DATA $0**<br>**EMAIL/PHONE CONTACTS $0** | **$0.00** | **$0.00** |

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                        **$0.00**
        Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
        ☐ No
        ☑ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ☑ No
        ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Red River Behavioral Health System, LLC**
    Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $684,897.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $476,474.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,161,371.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,161,371.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Red River Behavioral Health System, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NORTH DAKOTA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **BMO Harris Bank, N.A., as Agent**<br>Creditor's Name<br><br>**111 West Monroe Street 20th Floor East Chicago, IL 60603**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/13/2015**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All right, title and interest in personal property and fixtures**<br><br>Describe the lien<br>**UCC Lien (Guarantee of Credit Agreement)**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$69,430,232.00** | **$0.00** |
| **2.2** | **Meridian Behavioral Health, LLC**<br>Creditor's Name<br><br>**550 Main Street Suite 230 New Brighton, MN 55112**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**07/24/2020**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Any and all Accounts Receivable and payment intangibles whether now or hereafter existing and all proceeds thereof**<br><br>Describe the lien<br>**UCC Lien**<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | | **$0.00** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Red River Behavioral Health System, LLC**                    Case number (if known) _____
         Name

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $69,430,232.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chapman and Cutler LLP**<br>**111 West Monroe Street**<br>**Attn: Cari Grieb**<br>**Chicago, IL 60603** | Line __2.1__ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Red River Behavioral Health System, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**ABSOLUTE REFRIGERATION, LLC**
**3398 Primerose Court**
**Grand Forks, ND 58201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Building Expense**

Is the claim subject to offset? ☑ No ☐ Yes

**$238.41**

---

**3.2** | Nonpriority creditor's name and mailing address
**ACME TOOLS GRAND FORKS**
**1705 13th Ave N**
**Grand Forks, ND 58203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Building Expense**

Is the claim subject to offset? ☑ No ☐ Yes

**$76.95**

---

**3.3** | Nonpriority creditor's name and mailing address
**AIRGAS USA, LLC**
**P.O. Box 734445**
**Chicago, IL 60673-4445**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Medical Expenses**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,193.07**

---

**3.4** | Nonpriority creditor's name and mailing address
**ALL SEASONS GARDEN CENTER**
**5101 South Washington Street**
**Grand Forks, ND 58201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grounds**

Is the claim subject to offset? ☑ No ☐ Yes

**$402.56**

---

**3.5** | Nonpriority creditor's name and mailing address
**AMERIPRIDE SERVICES INC**
**P.O. Box 3160**
**BEMIDJI, MN 56619-3160**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Building Expense**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,183.55**

| Debtor | **Red River Behavioral Health System, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.07 |
|---|---|---|---|

**AT&T TELECONFERENCE SERVICES**
P.O. Box 5002
Carol Stream, IL 60197-5002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.37 |
|---|---|---|---|

**BRIGGS HEALTHCARE**
4900 University Ave
Suite 200
West Des Moines, IA 50266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Client Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.10 |
|---|---|---|---|

**BURGGRAF'S ACE GRAND FORKS**
1826 S Washington Street
14003W
Grand Forks, ND 58201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Building Expense**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**C&R CLEANERS & LAUNDRY**
1010 North 5th Street
Grand Forks, ND 58203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Laundry**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**CAROL TORGERSON COUNSELING**
1551 28th Ave S
Suite C3
Grand Forks, ND 58201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consulting Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,170,079.00 |
|---|---|---|---|

**CENTERS FOR MEDICARE AND MEDICAID SVCS**
c/o NORIDIAN HEALTHCARE SOLUTIONS
P.O. BOX 6730
Fargo, ND 58108-6730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 10, 2020**

Basis for the claim: **Medicare Program Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.20 |
|---|---|---|---|

**CHAMPION CHART SUPPLY**
94 Newcomb Street
P.O. Box AB
Norton, MA 02766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Office Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Red River Behavioral Health System, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address
**CLIFTON LARSON ALLEN LLP**
P.O. Box 775195
Chicago, IL 60677-5195

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting & Audit**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,662.50**

---

**3.14** | Nonpriority creditor's name and mailing address
**CONCORDANCE HEALTHCARE SOLUTIONS**
2675 Solution Center
Chicago, IL 60677-2006

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cleaning Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,275.77**

---

**3.15** | Nonpriority creditor's name and mailing address
**EASTDAK HOLDINGS LLC**
P.O. Box 9495
Fargo, ND 58103-9495

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ☑ No ☐ Yes

**$249,040.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**ECOLAB PEST ELIM DIV**
26252 Network Place
Chicago, IL 60673-1262

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Building Expense**

Is the claim subject to offset? ☑ No ☐ Yes

**$391.92**

---

**3.17** | Nonpriority creditor's name and mailing address
**FASTENAL**
2001 Theurer Blvd.
Winona, MN 55987

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Building Expense**

Is the claim subject to offset? ☑ No ☐ Yes

**$391.92**

---

**3.18** | Nonpriority creditor's name and mailing address
**GLOBAL EQUIPMENT COMPANY INC**
29833 Network Place
Chicago, IL 60673-1298

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Furniture**

Is the claim subject to offset? ☑ No ☐ Yes

**$406.41**

---

**3.19** | Nonpriority creditor's name and mailing address
**GMB Mezzanine Capital III, L.P.**
50 South Sixth Street
Suite 1460
Minneapolis, MN 55402

Date(s) debt was incurred  **11/13/2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guarantee of Unsecured Notes**

Is the claim subject to offset? ☑ No ☐ Yes

**$26,318,052.66**

---

**3.20** | Nonpriority creditor's name and mailing address
**GREAT PLAINS HEATING, A/C & PLUMBING**
P.O. Box 13196
Grand Forks, ND 58208

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Building Expense**

Is the claim subject to offset? ☑ No ☐ Yes

**$115.00**

---

| Debtor | **Red River Behavioral Health System, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,449.54 |
|---|---|---|---|

**HEALTHCARE ENVIRONMENTAL SERVICE LLC**
1420 40th Street N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trash**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $299.31 |
|---|---|---|---|

**HUGO'S # 8**
1750 32nd Avenue
Grand Forks, ND 58201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,013.98 |
|---|---|---|---|

**JOHNSON CONTROLS FIRE PROTECTION LP**
P.O. Box 730068
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Building Expense**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $329.50 |
|---|---|---|---|

**KEITH'S SECURITY WORLD**
2111 Demers Ave
Grand Forks, ND 58201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Building Expense**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $324.00 |
|---|---|---|---|

**LEGIONELLA WATCH**
P.O. Box 8116
Greensboro, NC 27419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,545.44 |
|---|---|---|---|

**MCKESSON MEDICAL SURGICAL**
P.O. Box 634404
Cincinnati, OH 45263-4404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Client Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $213,667.05 |
|---|---|---|---|

**MEDICUS PSYCHIATRY SERVICES, LLC**
22 Roulston Road
Windham, NH 03087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,546.07 |
|---|---|---|---|

**MODERN INFORMATION SYSTEMS INC**
205 Leeward Hills Lane
Grand Forks, ND 58201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Red River Behavioral Health System, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,515.55 |
|---|---|---|
| **NETWORK SERVICES CO**<br>29060 Network Place<br>Chicago, IL 60673-1290 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Building Expense** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,746,036.22 |
|---|---|---|
| **Oaktree Mezzanine Fund, L.P.**<br>c/o Oaktree Capital Management, L.P.<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/13/2015** | Basis for the claim:  **Guarantee of Unsecured Notes** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,812.25 |
|---|---|---|
| **ONESTAFF MEDICAL, LLC**<br>c/o American National Bank<br>P.O. Box 3544<br>Omaha, NE 68103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Medical Services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,368.75 |
|---|---|---|
| **PEOPLEREADY, INC.**<br>1002 Solutions Center<br>Chicago, IL 60677-1000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Temporary Employees** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191.38 |
|---|---|---|
| **RR DONNELLEY**<br>7810 Solution Center<br>Chicago, IL 60677-7008 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Building Expense** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,259.78 |
|---|---|---|
| **SANFORD HEALTH**<br>P.O. Box 2168<br>Fargo, ND 58107-2168 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Consulting Fees** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,751.63 |
|---|---|---|
| **SHC SERVICES INC**<br>P.O. Box 677896<br>Dallas, TX 75267-7896 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Medical Services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor   **Red River Behavioral Health System, LLC**   Case number *(if known)* _____
_____
Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.60 |

**SPICER CONTAINER & SALVAGE**
**1015 N. 51st Street**
**Suite A**
**Grand Forks, ND 58203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trash**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,176.00 |

**THE UNITER**
**ORM 14, University of Winnipeg**
**515 Portage Avenue**
**Winnipeg Manitoba R3B 2E9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Building Expense**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,918.85 |

**TRANE U.S., INC.**
**P.O. Box 98167**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Equipment Repair and Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195,706.61 |

**WALL'S LTC PHARMACY, INC.**
**1322 8th Avenue S**
**Grand Forks, ND 58201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Medical Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,877.27 |

**ZORO**
**P.O. Box 5233**
**Janesville, WI 53547-5233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Building Expenses=**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 73,108,228.24 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 73,108,228.24 |

**Fill in this information to identify the case:**

Debtor name        **Red River Behavioral Health System, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement** | |
| | State the term remaining | **Open** | **1984 Systems, Inc.** |
| | List the contract number of any government contract | | **DBA American Data**<br>**P.O. Box 640**<br>**Sauk City, WI 53583** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
| | State the term remaining | **Auto Renew** | **Achieve Therapy LLC** |
| | List the contract number of any government contract | | **1425 S Columbia Road**<br>**Grand Forks, ND 58201** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Supplemental Biomedical Services** | |
| | State the term remaining | **Auto Renew** | **Agiliti Health, Inc.** |
| | List the contract number of any government contract | | **6625 West 78th Street**<br>**Suite 300**<br>**Minneapolis, MN 55439** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Contract** | |
| | State the term remaining | **12/26/2021** | **ALAA ELREFAI, MD, PC** |
| | List the contract number of any government contract | | **2150 47th Ave S**<br>**#365**<br>**Grand Forks, ND 58201** |

Debtor 1   **Red River Behavioral Health System, LLC**                          Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.**  State what the contract or lease is for and the nature of the debtor's interest    **Service Proposal and BAA**

State the term remaining    **12/31/2021**

List the contract number of any government contract    _____    **Allied Fire Protection**
**3231 4th Avenue S Unit C**
**Fargo, ND 58103**

---

**2.6.**  State what the contract or lease is for and the nature of the debtor's interest    **External Access Agreement**

State the term remaining    **Ongoing**

List the contract number of any government contract    _____    **Altru Health System**
**P.O. Box 13780**
**Grand Forks, ND 58208-3780**

---

**2.7.**  State what the contract or lease is for and the nature of the debtor's interest    **Memorandum of Understanding**

State the term remaining    **Ongoing**

List the contract number of any government contract    _____    **Altru Health System**
**P.O. Box 13780**
**Grand Forks, ND 58208-3780**

---

**2.8.**  State what the contract or lease is for and the nature of the debtor's interest    **Group Participation Contract**

State the term remaining    **Ongoing**

List the contract number of any government contract    _____    **Blue Cross and Blue Shield of ND**
**4510 13th Avenue South**
**Fargo, ND 58121**

---

**2.9.**  State what the contract or lease is for and the nature of the debtor's interest    **Business Services Agreement**

State the term remaining    **1/27/2023**

List the contract number of any government contract    _____    **Consolidated Communications**
**P.O. Box 66523**
**Saint Louis, MO 63166-6523**

---

**2.10.**  State what the contract or lease is for and the nature of the debtor's interest    **Agreement**

State the term remaining    **Auto Renew**

List the contract number of any    **Dakota Nursing Program at LRSC**
**1801 College Drive North**
**Devils Lake, ND 58301**

Debtor 1    **Red River Behavioral Health System, LLC**                                    Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | **September 12, 2026** | **Eastdak Holdings LLC** |
| | List the contract number of any government contract | | **P.O. Box 9495** **Fargo, ND 58103-9495** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Behavioral Health Record Agreement** | |
|---|---|---|---|
| | State the term remaining | **Upon Termination** | **Grand Forks Public School District** |
| | List the contract number of any government contract | | **2400 47th Avenue South** **Grand Forks, ND 58202** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Linen processing agreement** | |
|---|---|---|---|
| | State the term remaining | **Auto Renew** | **Healthcare Environmental Service LLC** |
| | List the contract number of any government contract | | **1420 40th Street N** **Fargo, ND 58102** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Services Contract** | |
|---|---|---|---|
| | State the term remaining | **Auto Renew** | **Healthy Weighs Nutrition Center** |
| | List the contract number of any government contract | | **18711  445th Avenue SW** **East Grand Forks, MN 56721** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Software Proposal & Change Forms** | |
|---|---|---|---|
| | State the term remaining | **TBD** | **Integrated Software Solutions/MedEZ** |
| | List the contract number of any government contract | | **7450 Griffin Road** **Suite 150** **Davie, FL 33314** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Fire/Smoke Damper Repair** | **Johnson Controls Fire Protection LP** **P.O. Box 730068** **Dallas, TX 75373** |
|---|---|---|---|

Debtor 1  **Red River Behavioral Health System, LLC**                              Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Upon Completion of Work** |  |
|  | List the contract number of any government contract |  |  |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Preceptorship Agreement** |  |
|  | State the term remaining | 3/1/2020 | **Lake Region State College (LRSC)**<br>**1801 College Drive North**<br>**Devils Lake, ND 58301** |
|  | List the contract number of any government contract |  |  |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Psychiatry Transition Program & Managed Services Agreement** |  |
|  | State the term remaining | **Auto Renew** | **Medicus Healthcare Solutions**<br>**22 Roulston Road**<br>**Windham, NH 03087** |
|  | List the contract number of any government contract |  |  |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Agreement & BAA** |  |
|  | State the term remaining | **Auto Renew** | **Modern Information Systems, Inc.**<br>**5010 Gateway Drive**<br>**Grand Forks, ND 58203** |
|  | List the contract number of any government contract |  |  |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Food Service Agreement** |  |
|  | State the term remaining | **Auto Renew** | **New Horizon Foods, Inc.**<br>**P.O. Box 860246**<br>**Minneapolis, MN 55486-0246** |
|  | List the contract number of any government contract |  |  |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Recruiting Participation Agreement** |  |
|  | State the term remaining | **Ongoing** | **North Dakota Hospital Association (NDHA)**<br>**P.O. Box 7340**<br>**Bismarck, ND 58507-7340** |
|  | List the contract number of any government contract |  |  |

Debtor 1  **Red River Behavioral Health System, LLC**                              Case number *(if known)* _____

    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Staffing Services; BAA, Permanent Placement Structure** | |
|---|---|---|---|
| | State the term remaining | **Auto Renew** | **OneStaff Medical, LLC c/o American National Bank P.O. Box 3544 Omaha, NE 68103** |
| | List the contract number of any government contract | _____ | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase of Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/31/2021** | **Polk County Social Services 612 N Broadway Room 302 Crookston, MN 56716** |
| | List the contract number of any government contract | _____ | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Records Management Agreement, BAA, Web Access Agreement** | |
|---|---|---|---|
| | State the term remaining | **Auto Renew** | **Record Keepers, LLC (RKL) 2101 8th Avenue N Fargo, ND 58102** |
| | List the contract number of any government contract | _____ | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Technical Service Agreement & Business Associate Agreement** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **RTG Medical 1005 East 23rd Street Suite 200 Fremont, NE 68025** |
| | List the contract number of any government contract | _____ | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Health Care Service Contract for PHO  (Red River)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Sanford Health Plan 1749 38th Street South Fargo, ND 58104** |
| | List the contract number of any government contract | _____ | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **Auto Renew** | **Sanford North P.O. Box 2168 Fargo, ND 58107-2168** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   **Red River Behavioral Health System, LLC**
          First Name      Middle Name      Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **SHC Services, Inc.**<br>**d/b/a Supplemental Healthcare**<br>**1640 W. Redstone Drive**<br>**Suite 300**<br>**Park City, UT 84098** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Language Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Telelanguage Inc.**<br>**514 SW 6th Avenue**<br>**4th Floor**<br>**Portland, OR 97204** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Facility Participation Agreement** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **United Behavioral Health (UBH)**<br>**P.O. Box 9472**<br>**Minneapolis, MN 55440-9472** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Universal Hospital Services**<br>**6625 West 78th Street**<br>**Suite 300**<br>**Minneapolis, MN 55439** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Cooperative Education Contract Agreement** | |
|---|---|---|---|
| | State the term remaining | **5/16/2020** | **University of North Dakota (UND)**<br>**1301 North Columbia Road Stop 9037**<br>**Grand Forks, ND 58202** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Master Clinical Affiliation Agreement** | **University of North Dakota (UND)**<br>**1301 North Columbia Road Stop 9037**<br>**Grand Forks, ND 58202** |
|---|---|---|---|

Debtor 1  **Red River Behavioral Health System, LLC**
          First Name        Middle Name        Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | **11/18/2021** |
| List the contract number of any government contract | _____ |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Services Contract** | |
|---|---|---|---|
| | State the term remaining | **12/29/2020, Auto Renew** | **Wall's LTC Pharmacy, Inc.** |
| | List the contract number of any government contract | _____ | **1322 8th Avenue S** |
| | | | **Grand Forks, ND 58201** |

**Fill in this information to identify the case:**

Debtor name    **Red River Behavioral Health System, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Alliance Clinic, LLC** | **3329 University Ave SE**<br>**Minneapolis, MN 55414** | **BMO Harris Bank, N.A., as Agent** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Alliance Clinic, LLC** | **3329 University Ave SE**<br>**Minneapolis, MN 55414** | **Oaktree Mezzanine Fund, L.P.** | ☐ D _____<br>☑ E/F ___3.30___<br>☐ G _____ |
| 2.3 | **Alliance Clinic, LLC** | **3329 University Ave SE**<br>**Minneapolis, MN 55414** | **GMB Mezzanine Capital III, L.P.** | ☐ D _____<br>☑ E/F ___3.19___<br>☐ G _____ |
| 2.4 | **Anoka Property Holdings LLC** | **550 Main Street**<br>**Suite 230**<br>**Saint Paul, MN 55112** | **BMO Harris Bank, N.A., as Agent** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Anoka Property Holdings LLC** | **550 Main Street**<br>**Suite 230**<br>**Saint Paul, MN 55112** | **GMB Mezzanine Capital III, L.P.** | ☐ D _____<br>☑ E/F ___3.19___<br>☐ G _____ |

Debtor   **Red River Behavioral Health System, LLC**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                     *Column 2:* **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.6 | Anoka Property Holdings LLC | 550 Main Street Suite 230 Saint Paul, MN 55112 | Oaktree Mezzanine Fund, L.P. | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |
| 2.7 | Avalon Programs, LLC | 550 Main Street Suite 230 Saint Paul, MN 55112 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.8 | Avalon Programs, LLC | 550 Main Street Suite 230 Saint Paul, MN 55112 | Oaktree Mezzanine Fund, L.P. | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |
| 2.9 | Avalon Programs, LLC | 550 Main Street Suite 230 Saint Paul, MN 55112 | GMB Mezzanine Capital III, L.P. | ☐ D _____ ☑ E/F __3.19__ ☐ G _____ |
| 2.10 | B Tek LLC | 6043 Hudson Rd. Suite 201 Woodbury, MN 55125 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.11 | B Tek LLC | 6043 Hudson Rd. Suite 201 Woodbury, MN 55125 | Oaktree Mezzanine Fund, L.P. | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |
| 2.12 | B Tek LLC | 6043 Hudson Rd. Suite 201 Woodbury, MN 55125 | GMB Mezzanine Capital III, L.P. | ☐ D _____ ☑ E/F __3.19__ ☐ G _____ |

| Debtor | **Red River Behavioral Health System, LLC** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 | Beauterre Recovery Institute LLC | 2480 S. County Road 45 Owatonna, MN 55060 | BMO Harris Bank, N.A., as Agent | ☑ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.14 | Beauterre Recovery Institute LLC | 2480 S. County Road 45 Owatonna, MN 55060 | Oaktree Mezzanine Fund, L.P. | ☐ D _____ <br> ☑ E/F ___3.30___ <br> ☐ G _____ |
| 2.15 | Beauterre Recovery Institute LLC | 2480 S. County Road 45 Owatonna, MN 55060 | GMB Mezzanine Capital III, L.P. | ☐ D _____ <br> ☑ E/F ___3.19___ <br> ☐ G _____ |
| 2.16 | Cedar Ridge Treatment Center LLC | 11400 Julianne Ave North Stillwater, MN 55082 | Oaktree Mezzanine Fund, L.P. | ☐ D _____ <br> ☑ E/F ___3.30___ <br> ☐ G _____ |
| 2.17 | Cedar Ridge Treatment Center LLC | 11400 Julianne Ave North Stillwater, MN 55082 | BMO Harris Bank, N.A., as Agent | ☑ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.18 | Cedar Ridge Treatment Center LLC | 11400 Julianne Ave North Stillwater, MN 55082 | GMB Mezzanine Capital III, L.P. | ☐ D _____ <br> ☑ E/F ___3.19___ <br> ☐ G _____ |
| 2.19 | Cypress Grove Behavioral Health, LLC | 4673 Eugene Ware Blvd. Bastrop, LA 71220 | Oaktree Mezzanine Fund, L.P. | ☐ D _____ <br> ☑ E/F ___3.30___ <br> ☐ G _____ |
| 2.20 | Cypress Grove Behavioral Health, LLC | 4673 Eugene Ware Blvd. Bastrop, LA 71220 | BMO Harris Bank, N.A., as Agent | ☑ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Red River Behavioral Health System, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.21 | Cypress Grove Monroe Properties, LLC | 411 Pine Street Monroe, LA 71201 | Oaktree Mezzanine Fund, L.P. | ☐ D _____<br>☑ E/F __3.30__<br>☐ G _____ |
| 2.22 | Cypress Grove Monroe Properties, LLC | 411 Pine Street Monroe, LA 71201 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | Cypress Grove Monroe Properties, LLC | 411 Pine Street Monroe, LA 71201 | GMB Mezzanine Capital III, L.P. | ☐ D _____<br>☑ E/F __3.19__<br>☐ G _____ |
| 2.24 | Douglas Place Property Holdings LLC | 550 Main Street Suite 230 New Brighton, MN 55112 | Oaktree Mezzanine Fund, L.P. | ☐ D _____<br>☑ E/F __3.30__<br>☐ G _____ |
| 2.25 | Douglas Place Property Holdings LLC | 550 Main Street Suite 230 New Brighton, MN 55112 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | Douglas Place Property Holdings LLC | 550 Main Street Suite 230 New Brighton, MN 55112 | GMB Mezzanine Capital III, L.P. | ☐ D _____<br>☑ E/F __3.19__<br>☐ G _____ |
| 2.27 | Douglas Place Treatment Center LLC | 1111 Gateway Drive NE East Grand Forks, MN 56721 | Oaktree Mezzanine Fund, L.P. | ☐ D _____<br>☑ E/F __3.30__<br>☐ G _____ |
| 2.28 | Douglas Place Treatment Center LLC | 1111 Gateway Drive NE East Grand Forks, MN 56721 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Red River Behavioral Health System, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | Schedule |
|---|---|---|---|---|
| 2.29 | Douglas Place Treatment Center LLC | 1111 Gateway Drive NE East Grand Forks, MN 56721 | GMB Mezzanine Capital III, L.P. | ☐ D _____ ☑ E/F __3.19__ ☐ G _____ |
| 2.30 | Gainey Property Holdings LLC | 550 Main Street Suite 230 New Brighton, MN 55112 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.31 | Guest House Property Holdings LLC | 4800 48th Street NE Rochester, MN 55906 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.32 | Lake Shore Treatment Center LLC | 140 Quail Street Mahtomedi, MN 55115 | Oaktree Mezzanine Fund, L.P. | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |
| 2.33 | Lake Shore Treatment Center LLC | 140 Quail Street Mahtomedi, MN 55115 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.34 | Lake Shore Treatment Center LLC | 140 Quail Street Mahtomedi, MN 55115 | GMB Mezzanine Capital III, L.P. | ☐ D _____ ☑ E/F __3.19__ ☐ G _____ |
| 2.35 | Latitudes Treatment Center LLC | 1609 Jackson Street Saint Paul, MN 55117 | Oaktree Mezzanine Fund, L.P. | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |
| 2.36 | Latitudes Treatment Center LLC | 1609 Jackson Street Saint Paul, MN 55117 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Red River Behavioral Health System, LLC** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.37 | **Latitudes Treatment Center LLC** | **1609 Jackson Street Saint Paul, MN 55117** | **GMB Mezzanine Capital III, L.P.** | ☐ D _____ ☑ E/F __3.19__ ☐ G _____ |
| 2.38 | **Mahtomedi Property Holdings LLC** | **550 Main Street Suite 230 New Brighton, MN 55112** | **Oaktree Mezzanine Fund, L.P.** | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |
| 2.39 | **Mahtomedi Property Holdings LLC** | **550 Main Street Suite 230 New Brighton, MN 55112** | **BMO Harris Bank, N.A., as Agent** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.40 | **Mahtomedi Property Holdings LLC** | **550 Main Street Suite 230 New Brighton, MN 55112** | **GMB Mezzanine Capital III, L.P.** | ☐ D _____ ☑ E/F __3.19__ ☐ G _____ |
| 2.41 | **MBH Intermediate Holdings, LLC** | **550 Main Street Suite 230 New Brighton, MN 55112** | **Oaktree Mezzanine Fund, L.P.** | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |
| 2.42 | **MBH Intermediate Holdings, LLC** | **550 Main Street Suite 230 New Brighton, MN 55112** | **BMO Harris Bank, N.A., as Agent** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.43 | **MBH Intermediate Holdings, LLC** | **550 Main Street Suite 230 New Brighton, MN 55112** | **GMB Mezzanine Capital III, L.P.** | ☐ D _____ ☑ E/F __3.19__ ☐ G _____ |

| Debtor | **Red River Behavioral Health System, LLC** | Case number *(if known)* | |

▬ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.44 | Meadow Creek Property Holdings, LLC | 550 Main Street Suite 230 New Brighton, MN 55122 | Oaktree Mezzanine Fund, L.P. | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |
| 2.45 | Meadow Creek Property Holdings, LLC | 550 Main Street Suite 230 New Brighton, MN 55122 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.46 | Meadow Creek Property Holdings, LLC | 550 Main Street Suite 230 New Brighton, MN 55122 | GMB Mezzanine Capital III, L.P. | ☐ D _____ ☑ E/F __3.19__ ☐ G _____ |
| 2.47 | Meadow Creek, LLC | 17305 Meadow Creek Lane Pine City, MN 55063 | Oaktree Mezzanine Fund, L.P. | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |
| 2.48 | Meadow Creek, LLC | 17305 Meadow Creek Lane Pine City, MN 55063 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.49 | Meadow Creek, LLC | 17305 Meadow Creek Lane Pine City, MN 55063 | GMB Mezzanine Capital III, L.P. | ☐ D _____ ☑ E/F __3.19__ ☐ G _____ |
| 2.50 | Meridian Behavioral Health, LLC | 550 Main Street Suite 230 New Brighton, MN 55112 | Oaktree Mezzanine Fund, L.P. | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |
| 2.51 | Meridian Behavioral Health, LLC | 550 Main Street Suite 230 New Brighton, MN 55112 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Red River Behavioral Health System, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.52 | Meridian Behavioral Health, LLC | 550 Main Street Suite 230 New Brighton, MN 55112 | GMB Mezzanine Capital III, L.P. | ☐ D ____ ☑ E/F __3.19__ ☐ G ____ |
| 2.53 | Meridian Behavioral Health, LLC | 550 Main Street Suite 230 New Brighton, MN 55112 | WALL'S LTC PHARMACY, INC. | ☐ D ____ ☑ E/F __3.39__ ☐ G ____ |
| 2.54 | Meridian Property Holdings LLC | 550 Main Street Suite 230 New Brighton, MN 55112 | Oaktree Mezzanine Fund, L.P. | ☐ D ____ ☑ E/F __3.30__ ☐ G ____ |
| 2.55 | Meridian Property Holdings LLC | 550 Main Street Suite 230 New Brighton, MN 55112 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.56 | Meridian Property Holdings LLC | 550 Main Street Suite 230 New Brighton, MN 55112 | GMB Mezzanine Capital III, L.P. | ☐ D ____ ☑ E/F __3.19__ ☐ G ____ |
| 2.57 | New Beginnings Estes Avenue, LLC | 7300 Estes Avenue SW Waverly, MN 55390 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.58 | New Beginnings Howard Lake, LLC | 210 10th Avenue Howard Lake, MN 55349 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.59 | New Beginnings Minnesota, LLC | 109 N Shore Drive Waverly, MN 55390 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Red River Behavioral Health System, LLC**                     Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.60 | New Beginnings North Shore Drive, LLC | 109 N Shore Drive<br>Waverly, MN 55390 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.61 | New Beginnings Waverly, LLC | 109 N Shore Drive<br>Waverly, MN 55390 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.62 | Oakridge Treatment Center LLC | 4800 48th Street North East<br>Rochester, MN 55906 | Oaktree Mezzanine Fund, L.P. | ☐ D ____<br>☑ E/F __3.30__<br>☐ G ____ |
| 2.63 | Oakridge Treatment Center LLC | 4800 48th Street North East<br>Rochester, MN 55906 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.64 | Oakridge Treatment Center LLC | 4800 48th Street North East<br>Rochester, MN 55906 | GMB Mezzanine Capital III, L.P. | ☐ D ____<br>☑ E/F __3.19__<br>☐ G ____ |
| 2.65 | Tapestry Property Holdings, LLC | 550 Main Street<br>Suite 230<br>New Brighton, MN 55112 | Oaktree Mezzanine Fund, L.P. | ☐ D ____<br>☑ E/F __3.30__<br>☐ G ____ |
| 2.66 | Tapestry Property Holdings, LLC | 550 Main Street<br>Suite 230<br>New Brighton, MN 55112 | BMO Harris Bank, N.A., as Agent | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.67 | Tapestry Treatment Center LLC | 135 Colorado Street East<br>Saint Paul, MN 55107 | Oaktree Mezzanine Fund, L.P. | ☐ D ____<br>☑ E/F __3.30__<br>☐ G ____ |

Debtor    **Red River Behavioral Health System, LLC**    Case number *(if known)* _____

| ▮ **Additional Page to List More Codebtors** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.68 | **Tapestry Treatment Center LLC** | 135 Colorado Street East<br>Saint Paul, MN 55107 | **BMO Harris Bank, N.A., as Agent** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.69 | **Tapestry Treatment Center LLC** | 135 Colorado Street East<br>Saint Paul, MN 55107 | **GMB Mezzanine Capital III, L.P.** | ☐ D _____<br>☑ E/F ___3.19___<br>☐ G _____ |
| 2.70 | **Twin Town Treatment Center LLC** | 1706 University Avenue<br>Saint Paul, MN 55104 | **Oaktree Mezzanine Fund, L.P.** | ☐ D _____<br>☑ E/F ___3.30___<br>☐ G _____ |
| 2.71 | **Twin Town Treatment Center LLC** | 1706 University Avenue<br>Saint Paul, MN 55104 | **BMO Harris Bank, N.A., as Agent** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.72 | **Twin Town Treatment Center LLC** | 1706 University Avenue<br>Saint Paul, MN 55104 | **GMB Mezzanine Capital III, L.P.** | ☐ D _____<br>☑ E/F ___3.19___<br>☐ G _____ |
| 2.73 | **Valhalla Place Brainerd, LLC** | 2215 S 6th Street<br>Brainerd, MN 56401 | **Oaktree Mezzanine Fund, L.P.** | ☐ D _____<br>☑ E/F ___3.30___<br>☐ G _____ |
| 2.74 | **Valhalla Place Brainerd, LLC** | 2215 S 6th Street<br>Brainerd, MN 56401 | **BMO Harris Bank, N.A., as Agent** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.75 | **Valhalla Place Brainerd, LLC** | 2215 S 6th Street<br>Brainerd, MN 56401 | **GMB Mezzanine Capital III, L.P.** | ☐ D _____<br>☑ E/F ___3.19___<br>☐ G _____ |

| Debtor | **Red River Behavioral Health System, LLC** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.76 | **Valhalla Place, LLC** | **6043 Hudson Rd.** **Suite 220** **Woodbury, MN 55125** | **Oaktree Mezzanine Fund, L.P.** | ☐ D _____ ☑ E/F __3.30__ ☐ G _____ |

| 2.77 | **Valhalla Place, LLC** | **6043 Hudson Rd.** **Suite 220** **Woodbury, MN 55125** | **BMO Harris Bank, N.A., as Agent** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |

| 2.78 | **Valhalla Place, LLC** | **6043 Hudson Rd.** **Suite 220** **Woodbury, MN 55125** | **GMB Mezzanine Capital III, L.P.** | ☐ D _____ ☑ E/F __3.19__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Red River Behavioral Health System, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 20, 2020**        X **/s/ Jacqueline Hanson**
                                            Signature of individual signing on behalf of debtor

                                            **Jacqueline Hanson**
                                            Printed name

                                            **CEO**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Red River Behavioral Health System, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$9,433,281.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | **$13,877,163.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other _____ | **$16,479,964.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    __Red River Behavioral Health System, LLC_____    Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.1. **ALAA ELREFAI, MD, PC**<br>2150 47th Ave S<br>#365<br>Grand Forks, ND 58201 | 7/29/2020 | $13,736.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **ALAA ELREFAI, MD, PC**<br>2150 47th Ave S<br>#365<br>Grand Forks, ND 58201 | 8/04/2020 | $10,820.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **ALAA ELREFAI, MD, PC**<br>2150 47th Ave S<br>#365<br>Grand Forks, ND 58201 | 8/11/2020 | $21,640.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **ALAA ELREFAI, MD, PC**<br>2150 47th Ave S<br>#365<br>Grand Forks, ND 58201 | 8/18/2020 | $11,577.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **ALAA ELREFAI, MD, PC**<br>2150 47th Ave S<br>#365<br>Grand Forks, ND 58201 | 8/25/2020 | $4,328.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Altru Health System**<br>P.O. Box 13780<br>Grand Forks, ND 58208-3780 | 7/29/2020 | $12,347.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Altru Health System**<br>P.O. Box 13780<br>Grand Forks, ND 58208-3780 | 9/8/2020 | $2,094.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Altru Health System**<br>P.O. Box 13780<br>Grand Forks, ND 58208-3780 | 9/21/2020 | $5,785.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Red River Behavioral Health System, LLC**    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.  **New Horizon Food Inc.**<br>**P.O. Box 860246**<br>**Minneapolis, MN 55486-0246** | 8/18/2020 | $32,081.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.  **New Horizon Food Inc.**<br>**P.O. Box 860246**<br>**Minneapolis, MN 55486-0246** | 9/22/2020 | $19,227.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.  **Paul E. Saperstein**<br>**Auctioneers & Appraisers**<br>**144 Centre Street**<br>**Holbrook, MA 02343-1011** | 9/11/2020 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.12.  **S&S Taxi**<br>**2600 Demars Avenue**<br>**Suite 112**<br>**Grand Forks, ND 58201** | 7/29/2020 | $1,909.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.  **S&S Taxi**<br>**2600 Demars Avenue**<br>**Suite 112**<br>**Grand Forks, ND 58201** | 8/11/2020 | $3,741.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14.  **S&S Taxi**<br>**2600 Demars Avenue**<br>**Suite 112**<br>**Grand Forks, ND 58201** | 9/8/2020 | $970.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.  **Toshiba Financial Services**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | 8/11/2020 | $3,041.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16.  **Toshiba Financial Services**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | 9/8/2020 | $3,041.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Red River Behavioral Health System, LLC**                    Case number *(if known)*_____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.17. | **Toshiba Financial Services**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | 9/21/2020 | $3,041.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. | **XCEL ENERGY**<br>**P.O. Box 9477**<br>**Minneapolis, MN 55484-9477** | 8/18/2020 | $19,828.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. | **XCEL ENERGY**<br>**P.O. Box 9477**<br>**Minneapolis, MN 55484-9477** | 9/14/2020 | $16,167.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. | **XCEL ENERGY**<br>**P.O. Box 9477**<br>**Minneapolis, MN 55484-9477** | 10/13/2020 | $9,526.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Meridian Behavioral Health, LLC**<br>**550 Main Street**<br>**Suite 230**<br>**New Brighton, MN 55112** | 07/23/2020 | $0.00 | **Transfer of security interest in exchange for access to credit (currently undrawn with zero balance)** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **BMO Harris Bank, N.A., as Agent**<br>**111 West Monroe Street**<br>**20th Floor East**<br>**Chicago, IL 60603** | **Cash proceeds of term loan collateral (equipment and furniture sold to Meridian) plus collected accounts receivable** | **October 16, 2020** | $100,000.00 |

Debtor    **Red River Behavioral Health System, LLC**    Case number *(if known)*

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **BMO Harris Bank, N.A., as Agent**<br>**111 West Monroe Street**<br>**20th Floor East**<br>**Chicago, IL 60603** | **Highland Bank checking account balance** | **October 19, 2020** | **$745,918.80** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Centers for Medicare and Medicaid Services Program Reimbursement Determination** | **Cost Report Adjustment Settlement** | **CENTERS FOR MEDICARE AND MEDICAID SVCS**<br>**c/o NORIDIAN HEALTHCARE SOLUTIONS**<br>**P.O. BOX 6730**<br>**Fargo, ND 58108-6730** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. | **DNV GL Project #: PRJC-553912-2016-AST-USA** | **Survey Report** | **DNV GL - Healthcare**<br>**400 Techne Center Drive**<br>**Suite 100**<br>**Milford, OH 45150** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | **Wall's LTC Pharmacy, Inc., v. Red River Behavioral Health System LLC and Meridian Behavioral Health LLC** | **Contract** | **District Court, County of Grand Forks**<br>**124 South 4th Street**<br>**Grand Forks, ND 58201** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **Red River Behavioral Health System, LLC**    Case number *(if known)*

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Turman & Lang, Ltd.** | **$15,000.00 retainer**  **$335 Filing Fees** | **August 5, 2020** | **$15,335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer?  Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Meridian Behavioral Health, LLC**  **550 Main Street**  **Suite 230**  **New Brighton, MN 55112** | **Equipment and furniture purchased at appraised value** | **October 16, 2020** | **$100,000.00** |
| | Relationship to debtor  **Parent Company** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Red River Behavioral Health System, LLC**                    Case number *(if known)*

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Red River Behavioral Health System, LLC**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **Psychiatric Hospital** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Medez (Electronic Provider)** | **How are records kept?**<br>*Check all that apply:*<br>☑ Electronically<br>☐ Paper |
| 15.2. | **Red River Behavioral Health System, LLC** | | **12 as of 7/30/20** |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Red River Behavioral Health System, LLC** | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☑ Paper |
| 15.3. | **Red River Behavioral Health System, LLC** | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Business Data Record Storage (Off site storage)** | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☑ Paper |
| 15.4. | **Red River Behavioral Health System, LLC** | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Record Keepers, LLC (Off site storage)** | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☑ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **7**

Debtor   **Red River Behavioral Health System, LLC**                                   Case number *(if known)* _____

---

**Patient records**

Does the debtor have a privacy policy about that information?
- ☐ No
- ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   - ☐ No. Go to Part 10.
   - ☑ Yes. Does the debtor serve as plan administrator?

      - ☑ No Go to Part 10.
      - ☐ Yes. Fill in below:

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Business Data Record Storage 201 9th Avenue SW New Brighton, MN 55112 | Emily Peach 550 Main Street New Brighton, MN 55112 | Patient Records | ☐ No ☑ Yes |
| Record Keepers, LLC (RKL) 2101 8th Avenue N Fargo, ND 58102 | Emily Peach 550 Main Street New Brighton, MN 55112 Jacqueline Hanson 1451 44th Avenue South Unit A Grand Forks, ND 58201 | Patient Records | ☐ No ☑ Yes |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **Red River Behavioral Health System, LLC** | Case number *(if known)* |
| --- | --- | --- |

not list leased or rented property.

☑ None

| Part 12: | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.   **Stephanie Crossen**<br>**Meridian Behavioral Health, LLC**<br>**550 Main Street**<br>**New Brighton, MN 55112** | **September 12, 2016 to present** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Red River Behavioral Health System, LLC**                                    Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **RSM US LLP**<br>**801 Nicollet Mall**<br>**West Tower, Suite 1100**<br>**Minneapolis, MN 55402** | **September 12, 2016 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Meridian Behavioral Health LLC**<br>**550 Main Street**<br>**Suite 230**<br>**New Brighton, MN 55112** | **September 12, 2016 to present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Eastdak Holdings LLC**<br>**P.O. Box 9495**<br>**Fargo, ND 58103-9495** |
| 26d.2. **BMO Harris Bank, N.A., as Agent**<br>**111 West Monroe Street**<br>**20th Floor East**<br>**Chicago, IL 60603** |
| 26d.3. **Oaktree Mezzanine Fund, L.P.**<br>**c/o Oaktree Capital Management, L.P.**<br>**1301 Avenue of the Americas**<br>**34th Floor**<br>**New York, NY 10019** |
| 26d.4. **Wall's LTC Pharmacy, Inc.**<br>**1322 8th Avenue S**<br>**Grand Forks, ND 58201** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

Debtor    **Red River Behavioral Health System, LLC**                          Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Jacqueline Hanson | 7/24/2020 | See Exhibit A |

| Name and address of the person who has possession of inventory records |
|---|
| Jacqueline Hanson<br>1451 44th Avenue South<br>Grand Forks, ND 58201 |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Exhibit B | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See Exhibit B | | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Lavonne Merten<br>1451 44th Avenue S<br>Unit A<br>Grand Forks, ND 58201 | $3,502.00 | 10/25/2019 | Payroll |

| Relationship to debtor |
|---|
| Director of Quality Compliance and Board Member |

Debtor    **Red River Behavioral Health System, LLC**          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,502.00** | **11/08/2019** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.3. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$1,111.03** | **11/20/2019** | **Expenses** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.4. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,502.00** | **11/22/2019** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.5. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,502.00** | **12/06/2019** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.6. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,502.00** | **12/20/2019** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |

Debtor   **Red River Behavioral Health System, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,502.00** | **01/03/2020** | **Payroll** |
| | Relationship to debtor<br>**Director of Quality Compliance and Board Member** | | | |
| 30.8. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,502.00** | **01/17/2020** | **Payroll** |
| | Relationship to debtor<br>**Director of Quality Compliance and Board Member** | | | |
| 30.9. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,502.00** | **01/31/2020** | **Payroll** |
| | Relationship to debtor<br>**Director of Quality Compliance and Board Member** | | | |
| 30.10. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,502.00** | **02/14/2020** | **Payroll** |
| | Relationship to debtor<br>**Director of Quality Compliance and Board Member** | | | |
| 30.11. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,502.00** | **02/28/2020** | **Payroll** |
| | Relationship to debtor<br>**Director of Quality Compliance and Board Member** | | | |

Debtor    **Red River Behavioral Health System, LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 2. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,502.00** | **03/13/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.1 3. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,622.12** | **03/27/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.1 4. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,622.12** | **04/10/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.1 5. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,622.12** | **04/24/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.1 6. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,622.12** | **05/08/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |

Debtor   **Red River Behavioral Health System, LLC**                                    Case number *(if known)*  _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 7. | **Lavonne Merten** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$3,922.12** | **05/22/2020** | **Payroll** |
| | **Relationship to debtor** **Director of Quality Compliance and Board Member** | | | |
| 30.1 8. | **Lavonne Merten** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$3,622.12** | **06/05/2020** | **Payroll** |
| | **Relationship to debtor** **Director of Quality Compliance and Board Member** | | | |
| 30.1 9. | **Lavonne Merten** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$3,922.12** | **06/19/2020** | **Payroll** |
| | **Relationship to debtor** **Director of Quality Compliance and Board Member** | | | |
| 30.2 0. | **Lavonne Merten** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$3,622.12** | **07/03/2020** | **Payroll** |
| | **Relationship to debtor** **Director of Quality Compliance and Board Member** | | | |
| 30.2 1. | **Lavonne Merten** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$3,922.12** | **07/17/2020** | **Payroll** |
| | **Relationship to debtor** **Director of Quality Compliance and Board Member** | | | |

Debtor    **Red River Behavioral Health System, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 2. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,622.12** | **07/31/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.2 3. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,622.12** | **08/14/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.2 4. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,922.12** | **08/28/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.2 5. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,622.12** | **09/14/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.2 6. | **Lavonne Merten**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,769.23** | **09/25/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Director of Quality**<br>**Compliance and Board**<br>**Member** | | | |
| 30.2 7. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,076.92** | **10/25/2019** | **Payroll** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |

Debtor    **Red River Behavioral Health System, LLC**    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 8. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,076.92** | **11/08/2019** | **Payroll** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.2 9. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$279.84** | **11/13/2019** | **Expenses** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.3 0. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$5,230.76** | **11/22/2019** | **Payroll** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.3 1. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$208.35** | **12/03/2019** | **Expenses** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.3 2. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$5,769.23** | **12/06/2019** | **Payroll** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.3 3. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$5,769.23** | **12/20/2019** | **Payroll** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.3 4. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$265.23** | **01/03/2020** | **Expenses** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Red River Behavioral Health System, LLC**                Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 5. | Jacqueline Hanson<br>1451 44th Avenue S<br>Unit A<br>Grand Forks, ND 58201 | $5,769.23 | 01/03/2020 | Payroll |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.3 6. | Jacqueline Hanson<br>1451 44th Avenue S<br>Unit A<br>Grand Forks, ND 58201 | $5,769.23 | 01/17/2020 | Payroll |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.3 7. | Jacqueline Hanson<br>1451 44th Avenue S<br>Unit A<br>Grand Forks, ND 58201 | $5,769.23 | 01/31/2020 | Payroll |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.3 8. | Jacqueline Hanson<br>1451 44th Avenue S<br>Unit A<br>Grand Forks, ND 58201 | $413.18 | 02/04/2020 | Expenses |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.3 9. | Jacqueline Hanson<br>1451 44th Avenue S<br>Unit A<br>Grand Forks, ND 58201 | $5,769.23 | 02/14/2020 | Payroll |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.4 0. | Jacqueline Hanson<br>1451 44th Avenue S<br>Unit A<br>Grand Forks, ND 58201 | $5,769.23 | 02/28/2020 | Payroll |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.4 1. | Jacqueline Hanson<br>1451 44th Avenue S<br>Unit A<br>Grand Forks, ND 58201 | $5,769.23 | 03/13/2020 | Payroll |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |

Debtor    **Red River Behavioral Health System, LLC**    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4 2. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$1,245.49** | **03/24/2020** | **Expenses** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.4 3. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **03/27/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.4 4. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **04/10/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.4 5. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$397.80** | **04/15/2020** | **Expenses** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.4 6. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **04/24/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.4 7. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **05/08/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.4 8. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **05/22/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |

Debtor    **Red River Behavioral Health System, LLC**    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4 9. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **06/05/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.5 0. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **06/19/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.5 1. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **07/03/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.5 2. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **07/17/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.5 3. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **07/31/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.5 4. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **08/14/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |
| 30.5 5. | **Jacqueline Hanson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$5,769.23** | **08/21/2020** | **Payroll** |
| | **Relationship to debtor** **CEO and Board Member** | | | |

Debtor    **Red River Behavioral Health System, LLC**    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5 6. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$181.46** | **09/01/2020** | **Expenses** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.5 7. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$5,769.23** | **09/11/2020** | **Payroll** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.5 8. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$662.77** | **09/14/2020** | **Expenses** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.5 9. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$5,076.92** | **09/25/2020** | **Payroll** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.6 0. | **Jacqueline Hanson**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$343.60** | **10/13/2020** | **Expenses** |
| | **Relationship to debtor**<br>**CEO and Board Member** | | | |
| 30.6 1. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$27,896.54** | **10/25/2019** | **Payroll** |
| | **Relationship to debtor**<br>**Medical Director and Board**<br>**Member** | | | |

Debtor   **Red River Behavioral Health System, LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6 2. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$22,186.53** | **11/08/2019** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |
| 30.6 3. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$26,711.54** | **11/22/2019** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |
| 30.6 4. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$28,211.53** | **12/06/2019** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |
| 30.6 5. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$28,211.51** | **12/20/2019** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |
| 30.6 6. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$27,336.53** | **01/03/2020** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |
| 30.6 7. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$24,586.53** | **01/17/2020** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Red River Behavioral Health System, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.68. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>**Relationship to debtor**<br>**Medical Director and Board Member** | **$27,211.54** | **01/31/2020** | **Payroll** |
| 30.69. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>**Relationship to debtor**<br>**Medical Director and Board Member** | **$28,711.51** | **02/14/2020** | **Payroll** |
| 30.70. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>**Relationship to debtor**<br>**Medical Director and Board Member** | **$28,211.54** | **02/28/2020** | **Payroll** |
| 30.71. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>**Relationship to debtor**<br>**Medical Director and Board Member** | **$27,461.53** | **03/13/2020** | **Payroll** |
| 30.72. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>**Relationship to debtor**<br>**Medical Director and Board Member** | **$28,480.82** | **03/27/2020** | **Payroll** |
| 30.73. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>**Relationship to debtor**<br>**Medical Director and Board Member** | **$29,980.82** | **04/10/2020** | **Payroll** |

Debtor    **Red River Behavioral Health System, LLC**                     Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7 4. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$29,480.82** | **04/24/2020** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |
| 30.7 5. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$19,880.82** | **05/08/2020** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |
| 30.7 6. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$29,480.82** | **05/22/2020** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |
| 30.7 7. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$10,000.00** | **05/22/2020** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |
| 30.7 8. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$29,980.82** | **06/05/2020** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |
| 30.7 9. | **Gebrehana Zebro** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$26,605.82** | **06/19/2020** | **Payroll** |
| | **Relationship to debtor** **Medical Director and Board Member** | | | |

Debtor   **Red River Behavioral Health System, LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.80. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$22,855.82** | **07/03/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Medical Director and Board Member** | | | |
| 30.81. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$29,480.82** | **07/17/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Medical Director and Board Member** | | | |
| 30.82. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$29,480.82** | **07/31/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Medical Director and Board Member** | | | |
| 30.83. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$26,605.82** | **08/14/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Medical Director and Board Member** | | | |
| 30.84. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$19,980.82** | **08/28/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Medical Director and Board Member** | | | |
| 30.85. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$3,644.00** | **09/08/2020** | **Expenses** |
| | **Relationship to debtor**<br>**Medical Director and Board Member** | | | |

Debtor    **Red River Behavioral Health System, LLC**    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.86. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>Relationship to debtor<br>**Medical Director and Board Member** | **$19,980.82** | **09/11/2020** | **Payroll** |
| 30.87. | **Gebrehana Zebro**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>Relationship to debtor<br>**Medical Director and Board Member** | **$41,495.17** | **09/25/2020** | **Payroll** |
| 30.88. | **Colleen Sveum**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>Relationship to debtor<br>**Red River CNO & Red River Board Member** | **$4,423.08** | **10/25/2019** | **Payroll** |
| 30.89. | **Colleen Sveum**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>Relationship to debtor<br>**Red River CNO & Red River Board Member** | **$4,423.08** | **11/08/2019** | **Payroll** |
| 30.90. | **Colleen Sveum**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>Relationship to debtor<br>**Red River CNO & Red River Board Member** | **$4,423.08** | **11/22/2019** | **Payroll** |
| 30.91. | **Colleen Sveum**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201**<br><br>Relationship to debtor<br>**Red River CNO & Red River Board Member** | **$4,423.08** | **12/06/2019** | **Payroll** |

Debtor   **Red River Behavioral Health System, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9 2. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$485.36** | **12/18/2019** | **Expenses** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.9 3. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,423.08** | **12/20/2019** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.9 4. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,423.08** | **01/03/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.9 5. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,784.82** | **01/17/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.9 6. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,533.66** | **01/31/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.9 7. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,733.66** | **02/14/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |

Debtor    **Red River Behavioral Health System, LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.98. | **Colleen Sveum**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$4,533.66** | **02/28/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Red River CNO & Red River**<br>**Board Member** | | | |
| 30.99. | **Colleen Sveum**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$135.00** | **03/05/2020** | **Expenses** |
| | **Relationship to debtor**<br>**Red River CNO & Red River**<br>**Board Member** | | | |
| 30.100. | **Colleen Sveum**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$4,533.66** | **03/13/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Red River CNO & Red River**<br>**Board Member** | | | |
| 30.101. | **Colleen Sveum**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$4,577.26** | **03/27/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Red River CNO & Red River**<br>**Board Member** | | | |
| 30.102. | **Colleen Sveum**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$4,577.26** | **04/10/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Red River CNO & Red River**<br>**Board Member** | | | |
| 30.103. | **Colleen Sveum**<br>**1451 44th Avenue S**<br>**Unit A**<br>**Grand Forks, ND 58201** | **$4,577.26** | **04/24/2020** | **Payroll** |
| | **Relationship to debtor**<br>**Red River CNO & Red River**<br>**Board Member** | | | |

Debtor   **Red River Behavioral Health System, LLC**                                        Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 04. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,577.26** | **05/08/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.1 05. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,577.26** | **05/22/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.1 06. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,577.26** | **06/05/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.1 07. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,577.26** | **06/19/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.1 08. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,577.26** | **07/03/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.1 09. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,577.26** | **07/31/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |

Debtor **Red River Behavioral Health System, LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 10. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,577.26** | **08/14/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.1 11. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,577.26** | **08/28/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.1 12. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,577.26** | **09/11/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.1 13. | **Colleen Sveum** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$4,577.26** | **09/25/2020** | **Payroll** |
| | **Relationship to debtor** **Red River CNO & Red River Board Member** | | | |
| 30.1 14. | **Mark Jackson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$7,211.53** | **10/25/2019** | **Payroll** |
| | **Relationship to debtor** **Previous Red River Board Member & Previous CEO** | | | |
| 30.1 15. | **Mark Jackson** **1451 44th Avenue S** **Unit A** **Grand Forks, ND 58201** | **$12,920.37** | **11/08/2019** | **Payroll** |
| | **Relationship to debtor** **Previous Red River Board Member & Previous CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **Red River Behavioral Health System, LLC**    Case number *(if known)* _____

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **MBH Group Holdings, LLC** | EIN:    **47-5505365** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October 20, 2020__

__/s/ Jacqueline Hanson__ _____        __Jacqueline Hanson__ _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

**Exhibit A - Asset Inventory List**

| Description | Asset ID | Asset Class | Location ID | Qty | Cost Basis | Accum Depr | Net Book | Category |
|---|---|---|---|---|---|---|---|---|
| **CAPITAL SCHEDULE** | | | | | | | | |
| 2 Surface Mounts | 001025-1 | 1600 BUILD IMP | RED RIVER | 1 | $ 5,419.37 | $ 1,483.89 | $ 3,935 | Fixtures |
| SM-DNIV NIAHO Software | 001026-1 | 1600 COMP&EQUIP | RED RIVER | 1 | $ 6,552.39 | $ 6,552.39 | $ - | Furniture, Comp, Equipment |
| Replace door hardware | 001027-1 | 1600 BUILD IMP | RED RIVER | 1 | $ 7,136.91 | $ 1,954.15 | $ 5,183 | Fixtures |
| Butt Hinge wBB81 4 1/2 | 001028-1 | 1600 BUILD IMP | RED RIVER | 1 | $ 9,813.24 | $ 2,686.96 | $ 7,126 | Fixtures |
| Push/Pull lever lockset, lever p | 001029-1 | 1600 BUILD IMP | RED RIVER | 1 | $ 9,900.00 | $ 2,710.71 | $ 7,189 | Fixtures |
| 30 under lav sheilds 30 duel tem | 001030-1 | 1600 BUILD IMP | RED RIVER | 30 | $ 10,144 | $ 2,778 | $ 7,367 | Fixtures |
| Logical universal soffit bracket | 001031-1 | 1600 BUILD IMP | RED RIVER | 1 | $ 10,332 | $ 2,829 | $ 7,503 | Fixtures |
| 11 Surface mounts | 001032-1 | 1600 BUILD IMP | RED RIVER | 11 | $ 10,488 | $ 2,872 | $ 7,616 | Fixtures |
| 4 Corian Toilet Surrounds | 001033-1 | 1600 BUILD IMP | RED RIVER | 4 | $ 10,613 | $ 2,906 | $ 7,707 | Fixtures |
| Carpet | 001034-1 | 1600 BUILD IMP | RED RIVER | 1 | $ 32,121 | $ 10,261 | $ 21,860 | Fixtures |
| Steel Craft locations, LHR | 001035-1 | 1600 BUILD IMP | RED RIVER | 1 | $ 45,885 | $ 12,564 | $ 33,321 | Fixtures |
| Door Hardware | 001049-1 | 1600 FURN & FIX | RED RIVER | 1 | $ 15,058 | $ 8,067 | $ 6,991 | Furniture, Comp, Equipment |
| Cape Code Systems - Doors | 001050-1 | 1600 FURN & FIX | RED RIVER | 1 | $ 19,992 | $ 10,710 | $ 9,282 | Furniture, Comp, Equipment |
| Circuit Setup - Atomic | 001051-1 | 1600 COMP&EQUIP | RED RIVER | 1 | $ 5,355 | $ 4,017 | $ 1,339 | Furniture, Comp, Equipment |
| Atomic - Cisco Routers | 001052-1 | 1600 COMP&EQUIP | RED RIVER | 1 | $ 17,242 | $ 12,931 | $ 4,310 | Furniture, Comp, Equipment |
| Digital Radios | 001056-1 | 1600 COMP&EQUIP | RED RIVER | 1 | $ 7,350 | $ 5,390 | $ 1,960 | Furniture, Comp, Equipment |
| Computers | 001057-1 | 1600 COMP&EQUIP | RED RIVER | 1 | $ 6,563 | $ 4,813 | $ 1,750 | Furniture, Comp, Equipment |
| Toilet Surrounds | 001058-1 | 1600 BUILD IMP | RED RIVER | 1 | $ 12,152 | $ 2,970 | $ 9,182 | Fixtures |
| Furniture | 001059-1 | 1600 FURN & FIX | RED RIVER | 1 | $ 17,750 | $ 9,086 | $ 8,664 | Furniture, Comp, Equipment |
| Camera System | 001060-1 | 1600 COMP&EQUIP | RED RIVER | 1 | $ 8,240 | $ 5,905 | $ 2,335 | Furniture, Comp, Equipment |
| furiture RR | 001125-1 | 1600 FURN & FIX | RED RIVER | 1 | $ 8,653 | $ 2,781 | $ 5,872 | Furniture, Comp, Equipment |
| RedRiver Furniture | 001144-1 | 1600 FURN & FIX | RED RIVER | 1 | $ 87,370 | $ 50,966 | $ 36,404 | Furniture, Comp, Equipment |
| Red River - Room safety improvem | 001151-1 | 1600 BUILD IMP | RED RIVER | 1 | $ 287,088 | $ 35,089 | $ 252,000 | Fixtures |
| Red River Furniture | 001155-1 | 1600 FURN & FIX | RED RIVER | 1 | $ 2,327 | $ 610 | $ 1,718 | Furniture, Comp, Equipment |
| Red River Furniture | 001156-1 | 1600 FURN & FIX | RED RIVER | 1 | $ 4,118 | $ 1,030 | $ 3,089 | Furniture, Comp, Equipment |
| furniture RR | 001159-1 | 1600 FURN & FIX | RED RIVER | 1 | $ 17,407 | $ 4,352 | $ 13,055 | Furniture, Comp, Equipment |
| furiture RR | 001173-1 | 1600 FURN & FIX | RED RIVER | 1 | $ 15,583 | $ 3,525 | $ 12,059 | Furniture, Comp, Equipment |
| Bldg Maintenance RR | 001205-1 | 1600 BUILD IMP | RED RIVER | 1 | $ 4,613 | $ 205 | $ 4,407 | Fixtures |
| Red River Project | 001217-1 | 1600 BUILD IMP | RED RIVER | 1 | $ 53,517 | $ 1,784 | $ 51,733 | Fixtures |
| **Subtotal** | | | | | $ 748,784 | $ 213,827 | $ 534,957 | |
| | | | | | | | | |
| **ADDITIONAL ITEMS** | | | | | | | | |
| Additional Computer & Equipment (not capitalized) | N/A | N/A | N/A | N/A | N/A | $ | 23,187 | Furniture, Comp, Equipment |
| Building Improvements (not capitalized) | N/A | N/A | N/A | N/A | N/A | $ | 50,344 | Fixtures |
| **Subtotal** | | | | | | | $ 73,530 | |

| **TOTALS** | | |
|---|---|---|
| **Total Building Improvements & Fixtures** | $ 476,474 | **Fixtures** |
| **Total Furniture, Computer & Equipment - Purchased by Meridian Behavioral Health LLC for Appraised Value ($100,000)** | $ 132,014 | **Furniture, Comp, Equipment** |

## Exhibit B – Current/Former Officers & Board of Directors

### Current Officers

- Jacqueline Hanson, Hospital CEO- October 2019 to present
- LaVonne Merten, RN Director of Quality, Compliance and Accreditation - November 2016- present

### Current Board Members:

- James Smith, COO/CAO of Meridian February 2017- present
- Shelley Skarda, VP of Clinical Services of Meridian October 2019 to present
- Emily Peach, Director of Quality of Meridian, Compliance and Accreditation, October 2019 to present
- Jacqueline Hanson, Hospital CEO- October 2019 to present
- Dr Gebrehana Zebro, MD Hospital Medical Director- July 2018- present
- Colleen Sveum, RN Chief Nursing Officer- December 2018 to present

*Non-voting members*

- LaVonne Merten, RN Director of Quality, Compliance and Accreditation - November 2016- present
- Diane Rafferty, Interim CEO of Meridian - July 2019 to present


### Former Officers (present between July 2019 to July 2020):

- Mark Jackson, Hospital CEO- October 2018-October 2019


### Former Board Members (present between July 2019 to July 2020):

- Brian Hill, COO of Meridian- June 2019- December 2019
- Matt Marcos, interim CFO of Meridian April 2019- January 2020
- Mark Jackson, Hospital CEO- October 2018-October 2019

# United States Bankruptcy Court
## District of North Dakota

In re **Red River Behavioral Health System, LLC**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Red River Behavioral Health System, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Meridian Behavioral Health LLC owns 100% of the equity interests**

☐ None [*Check if applicable*]

October 20, 2020

Date

/s/ Katrina A. Turman Lang

**Katrina A. Turman Lang**
Signature of Attorney
Counsel for   **Red River Behavioral Health System, LLC**
**TURMAN & LANG, LTD.**
505 N. Broadway, Suite 507
P.O. Box 110
Fargo, ND  58107-0110

# United States Bankruptcy Court
### District of North Dakota

In re    __Red River Behavioral Health System, LLC__              Case No. _____

                                Debtor(s)         Chapter    __7__

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __October 20, 2020__             __/s/ Jacqueline Hanson__

                                            __Jacqueline Hanson__/CEO
                                            Signer/Title

.

1984 SYSTEMS, INC.
DBA AMERICAN DATA
P.O. BOX 640
SAUK CITY, WI 53583


ABSOLUTE REFRIGERATION, LLC
3398 PRIMEROSE COURT
GRAND FORKS, ND 58201


ACHIEVE THERAPY LLC
1425 S COLUMBIA ROAD
GRAND FORKS, ND 58201


ACME TOOLS GRAND FORKS
1705 13TH AVE N
GRAND FORKS, ND 58203


AGILITI HEALTH, INC.
6625 WEST 78TH STREET
SUITE 300
MINNEAPOLIS, MN 55439


AIRGAS USA, LLC
P.O. BOX 734445
CHICAGO, IL 60673-4445


ALAA ELREFAI, MD, PC
2150 47TH AVE S
#365
GRAND FORKS, ND 58201


ALL SEASONS GARDEN CENTER
5101 SOUTH WASHINGTON STREET
GRAND FORKS, ND 58201


ALLIANCE CLINIC, LLC
3329 UNIVERSITY AVE SE
MINNEAPOLIS, MN 55414


ALLIED FIRE PROTECTION
3231 4TH AVENUE S UNIT C
FARGO, ND 58103

ALTRU HEALTH SYSTEM
P.O. BOX 13780
GRAND FORKS, ND 58208-3780


AMERIPRIDE SERVICES INC
P.O. BOX 3160
BEMIDJI, MN 56619-3160


ANOKA PROPERTY HOLDINGS LLC
550 MAIN STREET
SUITE 230
SAINT PAUL, MN 55112


AVALON PROGRAMS, LLC
550 MAIN STREET
SUITE 230
SAINT PAUL, MN 55112


B TEK LLC
6043 HUDSON RD.
SUITE 201
WOODBURY, MN 55125


BEAUTERRE RECOVERY INSTITUTE LLC
2480 S. COUNTY ROAD 45
OWATONNA, MN 55060


BLUE CROSS AND BLUE SHIELD OF ND
4510 13TH AVENUE SOUTH
FARGO, ND 58121


BMO HARRIS BANK, N.A., AS AGENT
111 WEST MONROE STREET
20TH FLOOR EAST
CHICAGO, IL 60603


BRIGGS HEALTHCARE
4900 UNIVERSITY AVE
SUITE 200
WEST DES MOINES, IA 50266


BURGGRAF'S ACE GRAND FORKS
1826 S WASHINGTON STREET
14003W
GRAND FORKS, ND 58201

C&R CLEANERS & LAUNDRY
1010 NORTH 5TH STREET
GRAND FORKS, ND 58203


CAROL TORGERSON COUNSELING
1551 28TH AVE S
SUITE C3
GRAND FORKS, ND 58201


CEDAR RIDGE TREATMENT CENTER LLC
11400 JULIANNE AVE NORTH
STILLWATER, MN 55082


CENTERS FOR MEDICARE AND MEDICAID SVCS
C/O NORIDIAN HEALTHCARE SOLUTIONS
P.O. BOX 6730
FARGO, ND 58108-6730


CHAMPION CHART SUPPLY
94 NEWCOMB STREET
P.O. BOX AB
NORTON, MA 02766


CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
ATTN: CARI GRIEB
CHICAGO, IL 60603


CLIFTON LARSON ALLEN LLP
P.O. BOX 775195
CHICAGO, IL 60677-5195


CONCORDANCE HEALTHCARE SOLUTIONS
2675 SOLUTION CENTER
CHICAGO, IL 60677-2006


CONSOLIDATED COMMUNICATIONS
P.O. BOX 66523
SAINT LOUIS, MO 63166-6523


CYPRESS GROVE BEHAVIORAL HEALTH, LLC
4673 EUGENE WARE BLVD.
BASTROP, LA 71220

CYPRESS GROVE MONROE PROPERTIES, LLC
411 PINE STREET
MONROE, LA 71201


DAKOTA NURSING PROGRAM AT LRSC
1801 COLLEGE DRIVE NORTH
DEVILS LAKE, ND 58301


DOUGLAS PLACE PROPERTY HOLDINGS LLC
550 MAIN STREET
SUITE 230
NEW BRIGHTON, MN 55112


DOUGLAS PLACE TREATMENT CENTER LLC
1111 GATEWAY DRIVE NE
EAST GRAND FORKS, MN 56721


EASTDAK HOLDINGS LLC
P.O. BOX 9495
FARGO, ND 58103-9495


ECOLAB PEST ELIM DIV
26252 NETWORK PLACE
CHICAGO, IL 60673-1262


FASTENAL
2001 THEURER BLVD.
WINONA, MN 55987


GAINEY PROPERTY HOLDINGS LLC
550 MAIN STREET
SUITE 230
NEW BRIGHTON, MN 55112


GLOBAL EQUIPMENT COMPANY INC
29833 NETWORK PLACE
CHICAGO, IL 60673-1298


GMB MEZZANINE CAPITAL III, L.P.
50 SOUTH SIXTH STREET
SUITE 1460
MINNEAPOLIS, MN 55402

```
GRAND FORKS PUBLIC SCHOOL DISTRICT
2400 47TH AVENUE SOUTH
GRAND FORKS, ND 58202


GREAT PLAINS HEATING, A/C & PLUMBING
P.O. BOX 13196
GRAND FORKS, ND 58208


GUEST HOUSE PROPERTY HOLDINGS LLC
4800 48TH STREET NE
ROCHESTER, MN 55906


HEALTHCARE ENVIRONMENTAL SERVICE LLC
1420 40TH STREET N
FARGO, ND 58102


HEALTHY WEIGHS NUTRITION CENTER
18711  445TH AVENUE SW
EAST GRAND FORKS, MN 56721


HUGO'S # 8
1750 32ND AVENUE
GRAND FORKS, ND 58201


INTEGRATED SOFTWARE SOLUTIONS/MEDEZ
7450 GRIFFIN ROAD
SUITE 150
DAVIE, FL 33314


JOHNSON CONTROLS FIRE PROTECTION LP
P.O. BOX 730068
DALLAS, TX 75373


KEITH'S SECURITY WORLD
2111 DEMERS AVE
GRAND FORKS, ND 58201


LAKE REGION STATE COLLEGE (LRSC)
1801 COLLEGE DRIVE NORTH
DEVILS LAKE, ND 58301


LAKE SHORE TREATMENT CENTER LLC
140 QUAIL STREET
MAHTOMEDI, MN 55115
```

LATITUDES TREATMENT CENTER LLC
1609 JACKSON STREET
SAINT PAUL, MN 55117


LEGIONELLA WATCH
P.O. BOX 8116
GREENSBORO, NC 27419


MAHTOMEDI PROPERTY HOLDINGS LLC
550 MAIN STREET
SUITE 230
NEW BRIGHTON, MN 55112


MBH INTERMEDIATE HOLDINGS, LLC
550 MAIN STREET
SUITE 230
NEW BRIGHTON, MN 55112


MCKESSON MEDICAL SURGICAL
P.O. BOX 634404
CINCINNATI, OH 45263-4404


MEADOW CREEK PROPERTY HOLDINGS, LLC
550 MAIN STREET
SUITE 230
NEW BRIGHTON, MN 55122


MEADOW CREEK, LLC
17305 MEADOW CREEK LANE
PINE CITY, MN 55063


MEDICUS HEALTHCARE SOLUTIONS
22 ROULSTON ROAD
WINDHAM, NH 03087


MEDICUS PSYCHIATRY SERVICES, LLC
22 ROULSTON ROAD
WINDHAM, NH 03087


MERIDIAN BEHAVIORAL HEALTH, LLC
550 MAIN STREET
SUITE 230
NEW BRIGHTON, MN 55112

MERIDIAN PROPERTY HOLDINGS LLC
550 MAIN STREET
SUITE 230
NEW BRIGHTON, MN 55112


MODERN INFORMATION SYSTEMS INC
205 LEEWARD HILLS LANE
GRAND FORKS, ND 58201


MODERN INFORMATION SYSTEMS, INC.
5010 GATEWAY DRIVE
GRAND FORKS, ND 58203


NETWORK SERVICES CO
29060 NETWORK PLACE
CHICAGO, IL 60673-1290


NEW BEGINNINGS ESTES AVENUE, LLC
7300 ESTES AVENUE SW
WAVERLY, MN 55390


NEW BEGINNINGS HOWARD LAKE, LLC
210 10TH AVENUE
HOWARD LAKE, MN 55349


NEW BEGINNINGS MINNESOTA, LLC
109 N SHORE DRIVE
WAVERLY, MN 55390


NEW BEGINNINGS NORTH SHORE DRIVE, LLC
109 N SHORE DRIVE
WAVERLY, MN 55390


NEW BEGINNINGS WAVERLY, LLC
109 N SHORE DRIVE
WAVERLY, MN 55390


NEW HORIZON FOODS, INC.
P.O. BOX 860246
MINNEAPOLIS, MN 55486-0246


NORTH DAKOTA HOSPITAL ASSOCIATION (NDHA)
P.O. BOX 7340
BISMARCK, ND 58507-7340

OAKRIDGE TREATMENT CENTER LLC
4800 48TH STREET NORTH EAST
ROCHESTER, MN 55906


OAKTREE MEZZANINE FUND, L.P.
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
1301 AVENUE OF THE AMERICAS
34TH FLOOR
NEW YORK, NY 10019


ONESTAFF MEDICAL, LLC
C/O AMERICAN NATIONAL BANK
P.O. BOX 3544
OMAHA, NE 68103


POLK COUNTY SOCIAL SERVICES
612 N BROADWAY
ROOM 302
CROOKSTON, MN 56716


RECORD KEEPERS, LLC (RKL)
2101 8TH AVENUE N
FARGO, ND 58102


RR DONNELLEY
7810 SOLUTION CENTER
CHICAGO, IL 60677-7008


RTG MEDICAL
1005 EAST 23RD STREET
SUITE 200
FREMONT, NE 68025


SANFORD HEALTH
P.O. BOX 2168
FARGO, ND 58107-2168


SANFORD HEALTH PLAN
1749 38TH STREET SOUTH
FARGO, ND 58104


SANFORD NORTH
P.O. BOX 2168
FARGO, ND 58107-2168

SHC SERVICES INC
P.O. BOX 677896
DALLAS, TX 75267-7896


SHC SERVICES, INC.
D/B/A SUPPLEMENTAL HEALTHCARE
1640 W. REDSTONE DRIVE
SUITE 300
PARK CITY, UT 84098


SPICER CONTAINER & SALVAGE
1015 N. 51ST STREET
SUITE A
GRAND FORKS, ND 58203


TAPESTRY PROPERTY HOLDINGS, LLC
550 MAIN STREET
SUITE 230
NEW BRIGHTON, MN 55112


TAPESTRY TREATMENT CENTER LLC
135 COLORADO STREET EAST
SAINT PAUL, MN 55107


TELELANGUAGE INC.
514 SW 6TH AVENUE
4TH FLOOR
PORTLAND, OR 97204


THE UNITER
ORM 14, UNIVERSITY OF WINNIPEG
515 PORTAGE AVENUE
WINNIPEG MANITOBA R3B 2E9


TRANE U.S., INC.
P.O. BOX 98167
CHICAGO, IL 60693


TWIN TOWN TREATMENT CENTER LLC
1706 UNIVERSITY AVENUE
SAINT PAUL, MN 55104


UNITED BEHAVIORAL HEALTH (UBH)
P.O. BOX 9472
MINNEAPOLIS, MN 55440-9472

```
UNIVERSAL HOSPITAL SERVICES
6625 WEST 78TH STREET
SUITE 300
MINNEAPOLIS, MN 55439


UNIVERSITY OF NORTH DAKOTA (UND)
1301 NORTH COLUMBIA ROAD STOP 9037
GRAND FORKS, ND 58202


VALHALLA PLACE BRAINERD, LLC
2215 S 6TH STREET
BRAINERD, MN 56401


VALHALLA PLACE, LLC
6043 HUDSON RD.
SUITE 220
WOODBURY, MN 55125


WALL'S LTC PHARMACY, INC.
1322 8TH AVENUE S
GRAND FORKS, ND 58201


ZORO
P.O. BOX 5233
JANESVILLE, WI 53547-5233
```

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of North Dakota

In re   **Red River Behavioral Health System, LLC**                               Case No.
                                                                Debtor(s)          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|     | For legal services, I have agreed to accept | $ | **15,000.00** |
|     | Prior to the filing of this statement I have received | $ | **15,000.00** |
|     | Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ☑ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor       ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 20, 2020**                               /s/ Katrina A. Turman Lang
*Date*                                             **Katrina A. Turman Lang**
                                                   *Signature of Attorney*
                                                   **TURMAN & LANG, LTD.**
                                                   **505 N. Broadway, Suite 507**
                                                   **P.O. Box 110**
                                                   **Fargo, ND  58107-0110**
                                                   **(701) 293-5592**
                                                   **katrina@turmanlaw.com**
                                                   *Name of law firm*

---